# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ADAM M. GLOWKA, | : | Case No. 3:12-cv-345 |
| Plaintiff, | : | |
| | | District Judge Timothy S. Black |
| - vs - | : | Magistrate Judge Michael R. Merz |
| DEPUTY GERALD H. BEMIS, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #5), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that Plaintiff's claims against Deputy Penelope Reed are DISMISSED without prejudice for failure to state a claim upon which relief can be granted. March 12, 2013.

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge